UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARREN AMBROSE and KIMBERLY AMBROSE, husband and wife,<br><br>    Plaintiff,<br><br>vs.<br><br>RALEY'S, a California corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-00159-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** between defendant RALEY'S and plaintiffs DARREN AMBROSE and KIMBERLY AMBROSE to the above-entitled action, through their undersigned respective counsel of record, that the above-entitled action may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that this matter proceed in State Court only, Douglas County Case Number 11-CV-0075.

APPROVED AS TO FORM AND CONTENT

Dated:                                       SULLIVAN LAW
                                             A Professional Corporation



                                             /s/  Gene M. Kaufmann
                                             Attorneys for Plaintiffs, DARREN AMBORSE and
                                             KIMBERLY AMBROSE

1

Dated:                                    LAURIA TOKUNAGA GATES & LINN, LLP


/s/ Raymond R. Gates

Attorneys for Defendant RALEY'S

## ORDER

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter proceed in State Court only, Douglas County Case Number 11-CV-0075.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 27, 2012

2